IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01483-MSK-CBS

CINDY BENDER SCHROEDER, and
DOUGLAS SCHROEDER,

       Plaintiffs,

v.

MALCOLM MCAVITY,

       Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

**THIS MATTER** comes before the Court on the parties' Stipulation for Dismissal with Prejudice **(#27)**, and the Court having reviewed the same and being fully advised in the premises, it is hereby;

**ORDERED** that this matter is dismissed with prejudice, each party to pay their own costs, expenses, and attorney's fees. The Clerk is instructed to close this case.

Dated this 11th day of May 2006.

       **BY THE COURT:**

       *Marcia S. Krieger*
       _____

       Marcia S. Krieger
       United States District Judge